# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                                                             **Case No. 6:00-cr-59-Orl-19GJK**

**ALFRED VILFRANC,**
    *a/k/a Alfred Villfranc,*
    *a/k/a Jermaine Bently,*
    *a/k/a "Fro,"*

        **Defendant.**

## ORDER

This case comes before the Court on the following:

1. In Forma Pauperis Request by Defendant Alfred Vilfranc (Doc. No. 427, filed Dec. 22, 2008);

2. Report and Recommendation of the United States Magistrate Judge (Doc. No. 428, filed Feb. 6, 2009); and

3. Objections to the Report and Recommendation by Defendant (Doc. No. 431, filed Feb. 19, 2009; Doc. No. 432, filed Mar. 2, 2009).

### Background

In a previous Motion, Defendant Alfred Vilfranc asked the Court to "un-file [his] criminal judg[]ment (originally filed 23 May 2003) and refile it so that [he] can pursue the direct appeal [he] was entitled to but nobody filed in [his] behalf." (Doc. No. 420 at 1, filed Sept. 2, 2008.) The Court denied this Motion, finding it lacked jurisdiction to alter or amend the May 23, 2003 Judgment in

the manner requested. (Doc. No. 421 at 2, filed Nov. 10, 2008.) Later, Defendant filed a Notice of Appeal of the November 10, 2008 Order, (Doc. No. 424, filed Dec. 12, 2008), and also filed a document entitled "In Forma Pauperis Request" (Doc. No. 427).

Treating this document as a motion to proceed *in forma pauperis* on appeal, the United States Magistrate Judge issued a Report recommending that Defendant's request be denied. (Doc. No. 428 at 7.) The Magistrate found that *in forma pauperis* relief was inappropriate under Federal Rule of Appellate Procedure 24 and 28 U.S.C. § 1915 (2006). (Doc. No. 428 at 7.) Specifically, the Magistrate concluded that Defendant failed to include an affidavit establishing his inability to pay the requisite filing fee and court costs, and his appeal was frivolous and not founded in good faith. (*Id.*)

In response to the Report and Recommendation, Defendant filed Objections in two separate documents which appear to be identical. (*Compare* Doc. No. 431 *with* Doc. No. 432.) In his Objections, Vilfranc states the following:

> PETITIONER CONTENDS THAT THE FOLLOWING RECOMMENDATIONS ARE OBJECTED TO BY PETITIONER:
>
> 1) Vilfranc objects to the Magistrate[']s conclusionary [sic] determination that petitioner's request is not in "good faith[.]"[]
> 2) Vilfranc further objects to the Magistrate referencing his arguments as "frivolous and malicious[.]"[]
> 3) Vilfranc also objects to the conclusionary [sic] fact that the Magistrate has recommended that his request for "in forma pauperis" be denied because it lacks legal formation.

(Doc. No. 431 at 1.) Defendant argues that he has not been given the opportunity to present the merits of his case because he has not been granted "discovery material," that is, "plea transcripts, sentencing transcripts, as well as all other documents associated with [this] case." (*Id.*) According

to Defendant, denying his request to proceed *in forma pauperis* will deny him procedural and substantive due process. (*Id.* at 2.)

The United States has not responded to Defendant's Objections. Nevertheless, the matter is now ripe for disposition.

**Standard of Review**

A party seeking to challenge the findings in a Report and Recommendation of the United States Magistrate Judge must file "written objections which specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). If a party makes a proper objection, the District Court must conduct a *de novo* review of the portions of the report to which objection is made. *Id.* at 783-84. By contrast, general objections to a report and recommendation are reviewed for "clear error on the face of the record." *Id.* at 784. After concluding its review, the District Court may accept, reject, or modify the Magistrate Judge's findings or recommendations. *Id.* at 784.

**Analysis**

Defendant has not raised any objection to the Magistrate's finding that Defendant failed to file an affidavit as required under Federal Rule of Appellate Procedure 24 and 28 U.S.C. § 1915. As properly recognized by the Magistrate, Defendant's request to proceed *in forma pauperis* may be denied on this ground alone. (Doc. No. 428 at 7.) The request, however, suffers from a more substantive defect. In his Motion for General Relief, Defendant asked the Court to "unfile" and "refile" the May 23, 2003 Judgment to restart the clock for him to pursue a timely appeal. (Doc. No. 420.) Defendant has offered, and the Court has located, no legal basis for the requested relief.

Moreover, as previously explained in the Order denying general relief, the Court lacks jurisdiction to alter or amend the May 23, 2003 Judgment. (Doc. No. 421 at 1-2.) Because an appeal of this decision would be indisputably meritless, the Magistrate correctly decided that Defendant's appeal is frivolous. (Doc. No. 428 at 7.) Therefore, Defendant is not entitled to proceed *in forma pauperis*.

**Conclusion**

Based on the foregoing, the Objections to the Report and Recommendation by Defendant (Doc. No. 431, filed Feb. 19, 2009; Doc. No. 432, filed Mar. 2, 2009) are **OVERRULED**, and the Report and Recommendation of the United States Magistrate Judge (Doc. No. 428, filed Feb. 6, 2009) is **ADOPTED** and **AFFIRMED**.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 8, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Defendant
Assistant United States Attorney