# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                                          Case No. 6:00-cr-59-Orl-19GJK

**ALFRED VILFRANC**

_____

# ORDER

This case comes before the Court on the following:

1. Motion for Leave to Proceed on Appeal In Forma Pauperis by Defendant Alfred Vilfranc, (Doc. No. 439, filed Apr. 30, 2009);

2. Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis by Defendant Alfred Vilfranc, (Doc. No. 440, filed May 1, 2009);

3. Report and Recommendation to Deny Defendant's Motion for Leave to Proceed on Appeal In Forma Pauperis by the United States Magistrate Judge, (Doc. No. 441, filed May 12, 2009); and

4. Objection to Magistrate's Report and Recommendation by Defendant Alfred Vilfranc, (Doc. No. 442, filed May 26, 2009).

Defendant Alfred Vilfranc's first Motion for Leave to Appeal In Forma Pauperis, (Doc. No. 427, filed Dec. 22, 2008), was previously denied by this Court on both procedural and substantive grounds, (Doc. No. 428, filed Feb. 6, 2009; Doc. No. 437, filed Apr. 8, 2009). Vilfranc filed a Notice of Appeal of the Court's Order denying his first Motion. (Doc. No. 438, filed Apr. 17, 2009.) Since that time, Vilfranc has filed a second Motion for Leave to Appeal In Forma Pauperis while

the appeal of the denial of his first Motion is still pending. (Doc. No. 439.) As explained by the United States Supreme Court, "The filing of a notice of appeal is an event of jurisdictional significance–it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). Because Vilfranc appealed the Court's decision on the very same issue that Vilfranc raises for a second time in his Motion at Docket Number 439, the Court lacks jurisdiction to address the merits of the Motion.

Based on the foregoing, the Court **OVERRULES** the Objection to Magistrate's Report and Recommendation by Defendant Alfred Vilfranc, (Doc. No. 442, filed May 26, 2009), **AFFIRMS** the Report and Recommendation to Deny Defendant's Motion for Leave to Proceed on Appeal In Forma Pauperis by the United States Magistrate Judge, (Doc. No. 441, filed May 12, 2009), and **DENIES** the Motion for Leave to Proceed on Appeal In Forma Pauperis by Defendant Alfred Vilfranc, (Doc. No. 439, filed Apr. 30, 2009), for lack of jurisdiction.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 5, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Defendant
Counsel of Record
Unrepresented Party